1  BONNIE CHAVEZ (S.B.N. 198124)
   bchavez@sag.org
2  COUNSEL
   SCREEN ACTORS GUILD, INC.
3  5757 Wilshire Blvd., 8th Floor
   Los Angeles, CA 90036-3600
4  Telephone: (323) 549-6623
   Facsimile: (323) 549-6624
5
6  Attorney for Petitioner
   Screen Actors Guild, Inc.
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers, | Case No.: CV 08-07786 PA (AGRx)
12 | |
13 | Petitioner, | JUDGMENT
14 | v. |
15 | DON BLUTH STUDIOS, INC., SULLIVAN STUDIOS, INC., and SULLIVAN BLUTH STUDIOS, INC., |
16 | |
17 | Respondents. |

18

19 TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

20        The regularly noticed Motion for Order Confirming Arbitration Award and

21 for Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild,

22 Inc. ("Petitioner") was considered by the Court on the pleadings and without

23 formal hearing, pursuant to Local Rule 7-15.  Having considered the pleadings and

24 arguments submitted by the parties:

25

26        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment

27 be entered in this proceeding as follows:

28

JUDGMENT CONFIRMING ARBITRATION AWARD

- 1 -

      1. The arbitration award in SAG Case No. 2004-0161, dated December 2, 2004, and executed by Arbitrator Sara Adler is confirmed in all respects.

      2. Respondents Sullivan Studios, Inc., Sullivan Bluth Studios, Inc., and Don Bluth Studios, Inc. ("Respondents") are ordered to pay as follows:

      (a)    To Petitioner on behalf of affected performers, the sum of $1,107,082.33;

      (b)    To Petitioner for arbitration fees incurred, the sum of $250.00;

      (c)    To Petitioner for attorneys' fees incurred in this action, the sum of $1,500.00; and

      (d)    To Petitioner for costs incurred in this action, the sum of $350.00.

      3. Petitioner is hereby granted an irrevocable assignment of any monies received or to be received by Respondents from the worldwide exploitation, distribution, exhibition, or other use of the theatrical picture known as "Rock-A-Doodle."

Dated: January 12, 2009

                                           PERCY ANDERSON
                                           Judge of the U.S. District Court